United States Bankruptcy Court
District of Massachusetts

# CHAPTER 13 PLAN

Filing Date: _____     Docket #: **14-10455-JNF**_____

Debtor: **Freni, Santo T**_____     Co-Debtor: _____

SS#: **6386**_____     SS#: _____

Address: **64 Uptack Road**_____     Address: _____

**Groveland, MA  01834**_____     , _____

Debtor's Counsel:

**Smeloff & Benner
100 Grossman Drive, Suite 305
Braintree, MA  02184**

**(781) 843-2323
(781) 843-2324**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**United States Bankruptcy Court**
**District of Massachusetts**

## CHAPTER 13 PLAN

Docket#: **14-10455-JNF**

DEBTORS: (H) **Freni, Santo T** _____ SS# **6386** _____
(W) _____ SS# _____

I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of $ **2,019.00** for the term of:

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
☒ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
☐ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:
☐ ___ Months. The Debtor states as reasons therefore:

II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Nationstar Mortgage LI** | **Mortgage 64 Uptack Road Groveland, MA 01834** | **9,000.00** |
| | Total of secured claims to be paid through the Plan: $ | **9,000.00** |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Nationstar Mortgage LI** | **Mortgage 64 Uptack Road Groveland, MA 01834** |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **None** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:
**None**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of :
**None**

iii. The arrears under the lease to be paid under the plan are _____.

III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Darlene Mallen** | **Child Support** | **18,450.00** |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Internal Revenue Service** | **2010 and 2012 Taxes** | **20,109.00** |
| **MDOR** | **2012 Taxes** | **36,828.00** |
| **Town Of Peabody** | **Excise taxes** | **2,436.00** |

| | | |
|---|---|---|
| **Town of Groveland** | **Excise taxes** | **14,674.00** |
| | Total of Priority Claims to Be Paid Through the Plan: $ | **92,497.00** |

IV. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **500.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **2.81**% of their claims.*

A. General unsecured claims: $ **93,003.29**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Nationstar Mortgage LI** | **Second Mortgage 64 Uptack Road Groveland, M** | **157,191.00** |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | | |

Total of A + B + C unsecured claims: $ **250,194.29**

D. Multiply total by percentage: $ **7,029.00**.
(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

Total amount of separately classified claims payable at **100**%: $ **0.00**

VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan:

B. Miscellaneous provisions:
**\*\*\*NATIONSTAR MORTGAGE (NM) is wholly unsecured and shall be paid in accordance with the unsecured claims in the plan.**

**The Debtor's residence located 64 Uptack Road, Groveland, MA 01834 has a present value of $592,000. The Debtor's residence is subject to a first mortgage to Nationstar Mortgage. The balance due to Nationstar Mortgage as of the date of the filing of the petition for relief was $600,285. NM is the holder of a second mortgage. The amount due to NM at the time of the filing of the petition for relief was $157,191.**

**Pursuant to 11 USC 1322(b)(2) this plan provides to modify the claim due NM and treat such claim as an unsecured claim in its entirety.**

**The Order of Discharge to be entered in this case under 11 USC 1328(a) shall constitute a discharge of the mortgage held by NM and described hereinabove.**

**\*This is a "pot plan". The payments made hereunder are constant. The stated dividend is only an estimate. If the amount of allowed unsecured claims differs from the amount in Part V, the percentage dividend shall be automatically adjusted to accommodate the difference.**

VII. CALCULATION OF PLAN PAYMENT:

| | |
|---|---:|
| a. Secured claims (Section I-A Total): | $ 9,000.00 |
| b. Priority claims (Section II-A & B Total): | $ 92,497.00 |
| c. Administrative claims (Section III-A & B Total): | $ 500.00 |
| d. Regular unsecured claims (Section IV-D Total): + | $ 7,029.00 |
| e. Separately classified unsecured claims: | $ 0.00 |
| f. Total of a + b + c + d + e above: | $ 109,026.00 |
| g. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: | $ 121,140.00 |
| (This represents the total amount to be paid into the Chapter 13 Plan) | |
| h. Divide (g) Cost of Plan by Term of Plan: **60** months | |
| i. Round up to nearest dollar: Monthly Plan Payment: | $ 2,019.00 |

(Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **64 Uptack Road** | **592,000.00** | **757,476.00** |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | 0.00 |
| Less Total Exemptions (Schedule C): | $ | 0.00 |
| Available Chapter 7: | $ | 0.00 |

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| **None** | | | |

| | | |
|---|---|---|
| Total Net Equity: | $ | 0.00 |
| Less Total Exemptions (Schedule C): | $ | 0.00 |
| Available Chapter 7: | $ | 0.00 |

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

| | | |
|---|---|---|
| Total Net Value: | $ | 36,581.00 |
| Less Exemptions (Schedule C): | $ | 29,587.00 |
| Available Chapter 7: | $ | 6,994.00 |

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ **6,994.00**.

E. Additional Comments regarding Liquidation Analysis:


IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Richard D. Smeloff**                                    **February 24, 2014**
Debtor's Counsel                                                Date

Attorney's Address:
**Smeloff & Benner
100 Grossman Drive, Suite 305
Braintree, MA 02184**

Tel. # **(781) 843-2323**                                    Email Address: **rsmeloff@smeloffandbenner.com**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

*/s/ Santo T Freni*                                           **February 24, 2014**
Debtor                                                         Date

                                                               **February 24, 2014**
Debtor                                                         Date

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy first class mail, postage pre paid of the within Chapter 13 Plan to the attached distribution service list.


<u>/s/ Richard D. Smeloff, Esq.</u>
Richard D. Smeloff, Esq.

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH   43017


Cap One
Po Box 85520
Richmond, VA   23285


Citi
701 E 60th St B
Sioux Falls, SD   57104


Credit One Bank Na
Po Box 98875
Las Vegas, NV   89193


Darlene Mallen
156 Grinnell Street
New Bedford, MA   02740


Internal Revenue Service
P.O Box 7346
Philadelphia, PA   19101-7346


MDOR
P.O Box 7003
Boston, MA   02204


MDOR
Child Support Enforcement
P.O Box 9561
Boston, MA   02114


Merrick Bank
Po Box 9201
Old Bethpage, NY   11804

Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX   75067


Springleaf
Po Box 64
Evansville, IN   47701


St Marys Bank
200 Bedford St
Manchester, NH   03105


Town of Groveland
Office Of The Collector Of Taxes
183 Main Street
Groveland, MA   01834


Town Of Peabody
Collector Of Taxes
24 Lowell Street
Peabody, MA   01960


Webbank/dfs
1 Dell Way
Round Rock, TX   78682