UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS

Case No. 14-10455-JNF

In re:

Santo Freni
_____
Debtor(s)

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

**X** Unsecured dividend changed from __0__ % to __0.42__%.

____ Plan payments are changed from _____ to _____ each _____.

____ The term of the plan is reduced to ____ months.

____ The treatment of secured claims shall be changed as follows:

The Debtor proposes to pay $116,598.67 which allows for $1,043.90 to be paid to allowed unsecured claims

**X** Other changes:

Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED: 7/16/2014

_Santo Freni_
DEBTOR

ATTORNEY FOR DEBTOR(S)

_Ca Bankowski_
CHAPTER 13 TRUSTEE

_____
DEBTOR

_____
ATTORNEY FOR CREDITOR